```
       UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 42076
   WILLIAM RICHARD GAJEWSKI
   LYNDA BETH GAJEWSKI                          CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

        Debtor
   SSN XXX-XX-9234      SSN XXX-XX-5908


------------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------

     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 11/12/04 and confirmed on 01/20/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $ 120445.00 .

   4.  The Trustee made disbursements to creditors as follows:
```

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| CITIMORTGAGE INC | CURRENT MORTG | 72470.16 | .00 | 72470.16 |
| CITIMORTGAGE INC | MORTGAGE ARRE | 2249.22 | .00 | 2249.22 |
| CITIFINANCIAL MORTGAGE C | SECURED | 9931.74 | .00 | 9931.74 |
| CITIFINANCIAL MORTGAGE C | MORTGAGE ARRE | 1200.00 | .00 | 1200.00 |
| HARRIS BANK CONSUMER LOA | SECURED VEHIC | 13125.00 | 1812.23 | 13125.00 |
| STERLING INC | SECURED | 200.00 | 22.90 | 200.00 |
| BANKFIRST | UNSECURED | NOT FILED | .00 | .00 |
| CARD SERVICE CENTER | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 665.43 | .00 | 479.57 |
| DELNOR COMMUNITY HOSPITA | UNSECURED | NOT FILED | .00 | .00 |
| DICKENS & MASON DDS LTD | UNSECURED | NOT FILED | .00 | .00 |
| FOX VALLEY ORTHOPAEDIC | UNSECURED | NOT FILED | .00 | .00 |
| GATEWAY VETERINARY CLINI | UNSECURED | NOT FILED | .00 | .00 |
| JC PENNEY CO | UNSECURED | NOT FILED | .00 | .00 |
| FIA CARD SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| SAMS CLUB | UNSECURED | NOT FILED | .00 | .00 |
| RESURGENT CAPITAL SERVIC | UNSECURED | 487.62 | .00 | 351.42 |
| RETAILERS NATL BANK | UNSECURED | NOT FILED | .00 | .00 |
| TRI CITY RADIOLOGY | UNSECURED | NOT FILED | .00 | .00 |
| VALLEY EMERGENCY CARE | UNSECURED | 465.77 | .00 | 335.68 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---|---|---|
| WELLS FARGO CARD SERVICE | UNSECURED | 5603.90 | .00 | 4038.68 |
| STERLING INC | UNSECURED | 523.24 | .00 | 377.09 |
| HARRIS BANK CONSUMER LOA | UNSECURED | 1604.73 | .00 | 1156.51 |

```
        Summary of disbursements:
------------------------------------------------------------------------------
                SECURED    PRIORITY    UNSECURED    OTHER    TOTAL
------------------------------------------------------------------------------
```

```
TOTAL CLMS ALLOWED      99176.12           .00      9350.69           .00    108526.81
PRINCIPAL PAID          99176.12           .00      6738.95           .00    105915.07
INTEREST PAID            1835.13           .00          .00           .00      1835.13
TOTAL PAID             101011.25           .00      6738.95           .00    107750.20
```

The Debtor's attorney, PETER FRANCIS GERACI          , was allowed $   2700.00
and was paid $   2700.00 .

The Trustee received $    5229.80 .

Refunds to the Debtor totaled $    4765.00 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/13/09                    /S/
                                   GLENN STEARNS
                                   CHAPTER 13 TRUSTEE


PAGE   2
CASE NO. 04 B 42076 WILLIAM RICHARD GAJEWSKI & LYNDA BETH GAJEWSKI